UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| SONDRA PEALER, | ) | |
| *Plaintiff,* | ) ) ) | No. 2:18-CV-194 |
| v. | ) ) | Judge Collier |
| LOWE'S HOME CENTERS, LLC, a.k.a LOWE'S HOME IMPROVEMENT, | ) ) ) | Magistrate Judge Wyrick |
| *Defendant.* | ) ) | |

## JUDGMENT ORDER

Before the Court is Defendant's motion to dismiss. (Doc. 26.) Plaintiff did not file a response, and the time to do so has expired. *See* E.D. Tenn. L.R. 7.1(a).

For the reasons set forth in the accompanying memorandum, the Court **GRANTS** the motion to dismiss (Doc. 26) and **DISMISSES** this action **WITH PREJUDICE**.

**SO ORDERED.**

**ENTER:**

/s/_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ *John L. Medearis*
  CLERK OF COURT